UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22082 ~~11-24432~~-CIV-ALTONAGA

UNITED STATES OF AMERICA v. CARL R. ZWERNER

JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

> In reference to number 3 on the verdict form:
> Is the term "qualified" a synonym of the term "accepted into" as stated on page 5, para. 2 in reference to the 2009 OVDP?

SIGNED: _____ DATE: _____ TIME: _____

COURT'S ANSWER:

The answer is that the two terms are not synonyms. You are being asked to decide if Mr. Zwerner met the qualifications of the 2009 OVDP that are listed on page five of the instructions. You are not being asked whether the IRS accepted him into the program

SIGNED: _____ DATE: _____ TIME: _____
JUDGE CECILIA M. ALTONAGA